UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IBEX FUNDING GROUP LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA SCUBA CENTER LLC, et al.,<br><br>　　　　Defendants. | Case No.　3:21-cv-09080-EJD<br><br>**ORDER DISMISSING ACTION** |

Defendant Michael Scott Fitzgerald removed this action from the Supreme Court of New York, Kings County.  Dkt. No. 1.  However, this action was improperly removed to the Northern District of California instead of the Eastern District of New York.  *See* 28 U.S.C. § 1441(a) ("[A]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.").

28 U.S.C. § 1406(a) provides that "the district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss" such an action.  Accordingly, the Court DISMISSES the action.  Fitzgerald may proceed in the Supreme Court of New York, Kings County.  The Clerk of the Court shall close the file.

**IT IS SO ORDERED.**

Dated: March 7, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Case No.: 3:21-cv-09080-EJD
ORDER DISMISSING ACTION

1